29 So.2d 908

**Bob WHEELER v. STATE.**

1 Div. 524.

Court of Appeals of Alabama.
Nov. 19, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

29 So.2d 909

**Bob WHEELER v. STATE.**

1 Div. 525.

Court of Appeals of Alabama.
Nov. 19, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

34 So.2d 34

**Charles Edward WHISENANT v. CITY OF ANNISTON.**

7 Div. 931.

Court of Appeals of Alabama.
Jan. 20, 1948.

W. C. Bibb, of Anniston, for appellant.
Hugh D. Merrill, Jr., of Anniston, for appellee.

CARR, Judge.
Affirmed.

32 So.2d 187

**Henry Lee WHITE v. STATE.**

6 Div. 481.

Court of Appeals of Alabama.
June 24, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

29 So.2d 909

**WHITMAN'S BLACK & WHITE CAB CO., Inc., et al. v. Odesa G. MINSHEW.**

6 Div. 416.

Court of Appeals of Alabama.
Feb. 11, 1947.

R. J. McClure, of Birmingham, for appellants.
Wm. Conway, of Birmingham, for appellee.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellants.

36 So.2d 611

**Green WILLARD v. STATE.**

8 Div. 622.

Court of Appeals of Alabama.
May 25, 1948.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.